Exibit A

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern  District of Pennsylvania

Marcus Rosario

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Warden /primecare "/et al".

Bucks county Correctional faci/ility/prime care

Defendant(s)
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915.  A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months.  See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid.  See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                           _Marcus Rosario_
All other names by which
you have been known:           _Marcos Antonio Rosario/chucky_
ID Number                      _086221_
Current Institution            _Bucks County correctional Facility_
Address                        _1730 South. Easton Road_
                               _Doylestown_          _PA_        _18901_
                                City                 State       Zip Code

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                       _Bucks county correctional Facility_
Job or Title *(if known)*  _Warden_
Shield Number
Employer
Address                    _1730 South Easton Road_
                           _Doylestown_          _PA_        _18901_
                            City                 State       Zip Code
                           [ ] Individual capacity   [✓] Official capacity

Defendant No. 2
Name                       _kelly Reid_
Job or Title *(if known)*  _Superintendant Deputy warden (Inmate services)_
Shield Number
Employer                   _Bucks County correctional Facility_
Address                    _1730 South Easton Road_
                           _Doylestown_          _PA_        _18901_
                            City                 State       Zip Code
                           [✓] Individual capacity   [ ] Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

Defendant No. 3

Name — *Nancy Cruz*

Job or Title *(if known)* — *seargeant*

Shield Number — *N/A*

Employer — ~~1730 South Easton Road~~ *Bucks county correctional Facility*

Address — *1730 South Easton Road*

*Doylestown*　　　　　*PA*　　　　*18901*
    *City*　　　　　　　*State*　　　　*Zip Code*

☑ Individual capacity　　☑ Official capacity

Defendant No. 4

Name — *Brown*

Job or Title *(if known)* — *Leiutenant*

Shield Number — *N/A*

Employer — *Bucks county correctional facility*

Address — *1730 South Easton Road*

*Doylestown*　　　　　*PA*　　　　*18901*
    *City*　　　　　　　*State*　　　　*Zip Code*

☑ Individual capacity　　☑ Official capacity

## II.　Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.　Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Freedom of Religion, violation of info, violation of privacy,*

C.　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*The investigators purposely opened up my mail for no reason, Kelly Mart chose to ban me from participating In Ramadan/Eid due to her own reasons, Cameras are placed In dayroom to invade your privacy while sleeping/using restroom etc. correctional officers as well as nurses chose to pass contained on around false accusations and rumors of me without any proof causing issue, pain and suffering, operate paper.*

**III.    Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [✓] Other *(explain)*   *PTD  VOP = Violation of parole / probation*

**IV.    Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

*I was deprived of practicing my religion properly while In RHU, and was falsely accused of false accusations/Rumors while my time spent on several block causing comfort, pain, suffering, by several correctional officers and nurses, my mail was intercepted without cause sometime from march 20- August 16, my privacy was invaded by dayroom cameras (center of dayroom) while sleeping In cell #89 and while using restroom in cell, I was forgated and harrased by officer A. Boyce while on Hotel (Hope program)*

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

C.  What date and approximate time did the events giving rise to your claim(s) occur? ~~from march 20. january~~ from february 16 - August 16 2024  6-2, 2,10,10-6 shifts.

_____

_____

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was banned/deprived from practicing my religion properly, my privacy was invaded by camera on Foxtrott, as well as by investigators looking up my mail without caused, and by officer A. boyce on Hotel (Hope program) while using bathrooms I was falsely accused/harrassed on Foxtrott as well as throughout my time spent In bucks on false accusations and rumors spread around by correctional officers and nurses stating that I was a rapist and snitch when I was never accused of, held, or ever convicted of such crimes and or held here currently on any of those charges whatsoever causing conflict between me and them as well as other inmates harrassing me causing me such pain and suffering. as well as the jail taking money out the rewards for phone calls and giving back In 24 hours (day trading) and not refunding money when the vending machine displays "Network Anomaly"

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I suffered pain, suffering, harrassment, and conflict and discrimination @ nurses station by them singling me out ~~too~~ to and denying me paper care as far as lieing to me about blood panel results so that they can reject me for the MAT program

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I would like the court to investigate all facts stated above and terminate any and all staff(s) who played a part in these false accusations as well as be awarded whatever the court order/jury seems fit for my punitive damages being as though I've been going through alot, during my whole tenure as a pre-trial detainee even by those who work for bucks to make sure we are safe and without any harrassment or problems. I had to walk around here with a label that was never to be deemed on me and had to deal with inmates harrassing me, threatening me on such matters as well as never given my right to properly practice my religion and participate in Ramadan due to ward being passed down from superintendant/deputy warden (Kelly Reid) to seargeant N. cruz because she felt as though I was playing too many games as I was told she email case manager patterson for RHU and therefore was not given a sahour (breakfast) bag In early AM to help me prepare for that days fast as well as me fast the whole time and not being brought a dinner tray in which I brought both matters to N. cruz, officer Hardiman, Lieutenant brown, and ms. patterson and was told that there was nothing they could do but @ the same time I was told by the kitchen staff that once Im placed on the list Im permanently there for the whole month.

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Bucks County Correctional Facility

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Some of the complaints brought to the courts as a civil/suit.

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.     Where did you file the grievance?

on Hotel and RHU

2.     What did you claim in your grievance?

All the facts stated

3.     What was the result, if any?   some grievances I recived back denied and other I was never returned those ~~grievances~~ with a response or prior grievances, greensheet

4.     What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Im currently In the process of appealing some of these matters now.

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here: *First I never filed a grievance on the religon part while In RHU because I've seen where the grievance process was played with and then when I got out I started one on cblock and never received it back.*

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: *I informed scargeant N. cave, ms. patterson, officer Hardiman, kitchen staff John Doe, etc.*

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *Im In process of appealing my exausting admin Remedies.*

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

      ☑ Yes

      ☐ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.   Parties to the previous lawsuit

       Plaintiff(s)    Marcus Rosario

       Defendant(s)    Bucks county correctional Facility

    2.   Court *(if federal court, name the district; if state court, name the county and State)*

       Bucks county pennsylvania

    3.   Docket or index number

       212 4-01-017714 Niot

    4.   Name of Judge assigned to your case

       Not Sure

    5.   Approximate date of filing lawsuit

       Not sur

    6.   Is the case still pending?

      ☐ Yes

      ☑ No

       If no, give the approximate date of disposition.    Not sure

    7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       the case was dismissed to due me failing to provide formin purpens 6 month account history

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? NO

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

☐ Yes

☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

*N/A*

1.  Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

   _____

   _____

3.  Docket or index number

   _____

4.  Name of Judge assigned to your case

   _____

5.  Approximate date of filing lawsuit

   _____

6.  Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

   _____

   _____

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

IX.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   08-27-24

Signature of Plaintiff   _Marcus Rosado_
Printed Name of Plaintiff   Marcus Rosado
Prison Identification #   086221
Prison Address   1730 South Easton Road
                 Doylestown                 PA        18901
                 _City_                    _State_    _Zip Code_

B.   **For Attorneys**

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
          _____
          _City_              _State_      _Zip Code_
Telephone Number   _____
E-mail Address   _____

Exibit C

UNITED STATES DISTRICT COURT
for the Eastern District of Pennsylvania

Marcus Rosario, et al.,

      Plaintiff[s]

         V.

Kristin Hill, Prime care Nurse supervisor for Bucks
Matelis?, Warden Pennsylvania Bucks
County Correctional facility, Kelly Reid,
Inmate services/superintendant Deputy
Warden of Bucks County Correctional
Facility, Katie Harvey, PA provider of
Bucks county correctional facility, Molly
?, PA/provider of Bucks county correctional
Facility, et al., individually and in
their official capacities.
Nancy cruz seargant for   Defendant[s]
Buck county correctional facility

Civil Action

NO. _____

COMPLAINT

**I. Jurisdiction & Venue**

1. This is a civil action authorized by 42 U.S.C Section 1983 to
redress the deprivation, under color of state law, of rights secured by
the constitution of the united states. The court has jurisdiction under
28 U.S.C section 1331 and 1393(a)(3. Plaintiff Rosario seeks ~~declaratory relief~~
punitive relief as well as Injunction relief authorized by 28 U.S.C
Section 2283 & 2284 and Rule 65 of Federal Rules of Civil Procedure.

2. The Eastern District of pennsyvania is an appropriate venue under 28 U.S.C
Section 1391(b)(2) because it is where the events giving rise to this claim occured.

**II. Plaintiffs**

3. Plaintiff Marcus Rosario, et al., is and was at all times mentioned herein a prisoner
of the state of pennsylvania in the custody of the Bucks county correctional facility of
pennsylvania. He is currently confined in Pennsylvania county Prison of Bucks, PA.

**III. Defendants**

5. Defendant Matelis? is the warden of pennsylvania's Bucks county correctional
Facility. He is legally responsible for the operation of pennsylvanias Bucks
county correctional facility and for the welfare of all the inmates of that
prison.

6. Defendant Kelly Reid is a superintendant Deputy warden, as well as incharge
of inmate services ~~who~~ of the Pennsylvania Bucks county correctional Facility
who at all times mentioned in this complaint, held the rank of superintendant
Deputy warden/Inmate services and was assigned to pennsylvanias Bucks county
correctional facility.

7. Defendant Katie Harvey is the PA/provider of PA Bucks county correctional
facility and holds the rank just below a doctor who at all times mentioned in
this complaint, held the rank of the PA/provider of Bucks county correctional
facility at the time of complaint.

8. ~~Molly?~~ Defendant Molly? is also a PA/provider of Bucks county?

                                                                                →

part D

Exibit E   BC Detective Daniel | Defendants | *officer Turan
FLEISHINGER                           **officer Moleana
                                      **officer Howard
           Bucks County Correctional Facility (Warden)   *officer Donelli
                Andrew
           kelly Reid, sgt. BECK        provider H.Katie (prime care)
                                                              **
           Nancy Cruz  Investigator     officer Jaminez
                        Rich FONDE
           ms. patterson               Hope staff BoB*
           Leiutenant Brown*           Nurse Katnina (prime care)
           kitchen staff John Doe*  Officer Jackson (female)
           Officer. Dupont*   Leiutenant Beck
           officer. Dowdy**   Case Manager JESS Foxtrott
           officer. Simpson* officer V*
           officer. Devlin*   officer Qubeck*
           officer. Kempke**  Officer Arboogh*
           officer. Leopardi**  Palumbo (Hope supervisor)
           officer. Stevenson*  Officer Sharp* 2-10
           officer. Matoi**   Officer Devlin 6-2
                                        Brooks
           officer. grey (female)(new) officer John Doe (male Nurse)
           officer. glenn* (RHU) prime care John Doe*
           officer. Hardiman    Warden
           commissary (keefe) ms. Bernadette, Investigator Dan
                                                      Daniel
           Administrative secretary RS Jones (wardens office) onisick
           officer. Murdoch K**   *officer Donelli Bravo G-2
                                                    **
BCCF 1730  Mental Health (Jessica) officer Howard
South Easton
Road Doylestown Mental Health (Victoria) officer Beau Burris
PA 18901
           Nurse Linda (prime care)  officer kevin SOUTH
           Nurse Paula (prime care)   at all times, each defendant
           Nurse Kristin (prime care) acted under color of State law."

All for money damages as well

• violation towards me practicing my religion I'm suing for punitive and injunction damages!

• For the venting machines and phones ripping us (inmates) off I'm suing for punitive and injunction damages!

part B of F

• For all nurses and corrections officers that partook in humiliating disrespecting, and causing me pain, suffering mentally emotionally, and physically I'm suing for false accusations/rumors as punitive and injunction damages!

• For palumbo and officer A. Boyce doing as they please, abusing their authority and for the humiliation and disrespect they've caused me I'm suing for punitive and injunction damages!

• For my privacy being violated by the 40,000 camera in the center of every module I'm suing for punitive and injunction damages!

• For me being harrassed for about 4-5 times within 2 weeks of my cell being shooken down leading to them finding contraband on the last search out of those 4-5 times and I'm suing for punitive and injunction damages!

continued  correctional facility, she is legally responsible for properly diagnosing inmates as well as responsible to provide the proper medications at Bucks county correctional facility of pennsylvania.

9. Defendant Kristin Hill is the so nurse supervisor of Bucks county correctional facility of pennsylvania, she is responsible to supervise, schedule, watch over all nurse employees as they maintain their full, proper job duties, who held that rank of nurse supervisor at the time of complaint of Bucks county correctional facility of pennsylvania.    et.al.,

10. Defendant Nancy Cruz is a seargeant/supervisor of any and/or all correctional officer during 10-6AM shift, she is responsible for maintaining all correctional officer job duties, as well as scheduling shifts and maintaining her staffs professionalizm. who at that time held the rank of seargeat of Bucks county correctional facility but isnt no longer employed due to questionable reasons.

11. Each defendant mentioned above and throughout this complaint is sued individually and in his or her official capacity. At all times mentioned in this complaint, each defendant acted under the color of State Law.

IV. Facts

12. At all times relevant to this case, plaintiff Marcus Rosario was — labeled as a serial Rapist since the first day of arrival of january 5, 2024 — current.

13. Since january 5, 2024 plaintiff Marcus Rosario has been marked and falsly accused of being a serial Rapist therefore experiencing being singled out and harrassed.

14. From january 5, 2024 — march 20, 2024 plaintiff Rosario was applied for the MAT program and was called down with another inmate Richard Mackin and had noticed a little paper with his name on it almost hidden under the key board of Linda (secretary) desk in dispensary as he begaun the process to recieve MAT followed by a EKG and blood work. Not too long after that he noticed that Richard Mackin along with another inmate that went to get screened for MAT, was retrieving their morning dosage of 8mg subutex to build their tolerance for the 700mg sublocade shot they had applied to - except me due to supposedly having my kidney/ liver Enzymes elevated in which they wanted Katie Harvey/had seen me on

BCCF 1730  Foxtrott to deliver the news and chose to have me submit another blood
South Eaton  panel and see if the Enzymes had went down, in which I never heard
Road  back from her about the subject @ hand until after I was in RHU.
PA 18901

15. Two Mar. Two weeks prior to march 20, 2024 my cell 36 was searched by officer A.Helis for proper mattresses assigned to each cell, followed by me moving to cell 37 and having been cell searched 3 other times by two of the same officer on two seperate occasions out of those 3 times resulting in them finding suboxone strips above the light fixture and 3 subutex pills. In my cellys green hair grease, located on the desk of cell 37, therefore being harrassed several times without finding anything those prior time until last resulting I am in house case.

16. While in RHU during Ramadan from march 20, 2024 I was experiencing difficulty with recieving a sahour (breakfast) bagg and or dinner →

complaint→ 16. tray after I've been fasting since march 10, 2024 and
continued   wasn't receiving a breakfast or dinner tray on foxtrott since ramadam
started, carrying in to RHU (hole) I had wrote case manager patterson
prior to ramadam/starting and received her response of me being added, so when
I decided to ask her why ㅡㅡ is my religious right (privelage) being ignored
her response was that kelly Reid had emailed her back stating "No, because I
play too many games" referring to me not wanting and my right to choose to
not speak to investigator Dan without a lawyer present.

17. Seargeant Nancy Cruz who was ranked as seargeant @ the time the
complaint took place, but Is no longer employed under Bucks county correction
Facility to the best of my knowledge, chose to carry out kelly Reids orders
to not allow me to participate in Ramadan In which Is part of my religion, leading
to her physically delivering only one Sahour (breakfast) bag to the other inmate
marcy located on the first floor on a level watch, so that she made sure I wasn't
recieving any bagg after she was advised that there was time I was delivered
a bagg from kitchen staff (being on the list) and other times where officer ㅡ
Hardiman had to question and speak up on my behalf as to why there was time I'm
on the list and recieve a bag and other times Im not on the list and don't recieve
a bagg.

18.
So since I been In the (whole) RHU I've been experiencing
times where I would recieve a Sahour (breakfast) bagg and dinner
tray and times where I wouldn't recieve either or, having ㅡ
brought to Leiutenant Brown, officer Hardiman, ms, pattersons attention
It was told by kitchen staff that ms, price overnight shift, that
once your on the list it holds you for the whole month, so by
seargeant Nancy Cruz stating that I'm not on the list was ㅡ
strictly to carry out kelly Reids orders to not allow me to ㅡ
participate in Ramadan for her own reasons.

19. Since arriving on foxtrott and several other blocks, every time
I use the phone and Is told on the other end that "No calls
are allowed @ this time" or I was told "this call was not accepted
please try again later" the phone company via path/GTL would
deduct the full amount for that call of $3.66 plus applicable
fees ㅡ $4.00 and would be beleived to say trade with ㅡ
those funds and refund them back within 24 hours or not getting

through the full call.

20. There are times where me and other inmates would use the vending machine and would be charged the fee of whatever item we was to attempt to purchase when the machine would display "Network Anomaly" without any merchandise come out or any refund when brought to the officer on shift, when I write matous (warden) or bring it to ms. B (commissary/keefee) attention.

21. When I was sent to Hotel module (Hope program) I've experienced a violation and some type of oppression with officer A. Boyce walking up on me with his flashlight pointed on me as I was urinating on one knee per religious perposes and other times where he would abuse his authority and punish the whole block doing as he feels over him and one other individual dispute.

22. there was another time he had walked in on another inmate Yamir 25 cell on Hotel sitting down on toilet with the towel up for privacy and proceed to question him as to "why he has to give him a hard time.

22. There was a time on 08-30-24 @ approximately 10'Am pa lumbo
BCCF 1730
South Easton
Road
Doylestown
PA 18901
was running co-occuring Disorder / Safe Bet and decided to bring up a topic on serial rapist, directing his vision towards me throughout the class. Also on a seperate occassion I came in from yard to find group was started but was bouncing the basketball coming in from yard and palumbo took it upon himself to say "what are you fucking stupid" in front of the whole group, displaying anger towards me and showing disrespect all the ⟶

continued 22. While being in charge of Anger management class and shouldn't
@ all and I feel as though he should be held accountable
being the supervisor of the Hope staff.

23. On 09-04-24 officer Sharp who works 2~10 shift on Hotel
emptied the mail box where we all as inmates place our mail/
request slips/ and grievences, took it upon himself to share
my request slip/ with complaint on palumbo to inmate
Douglas Mackintire in cell 01 on Hotel module, causing conflict
for me within the unit.

24. On 03/31/24 between 11-12 AM the sewage was pouring
out of the floors of RHU, disposing of sewage/feeces
smell throughout the whole unit, as well as exposing us all
to Hepetitis and sickness.

25. There was a time after I was charged and completed
being under investigation where I had wrote two loved
ones on two seperate occasions and it was brought to
my attention several months later in my discovery that
the investigators took it upon themselves to interfere
and open my mail for no reason.

26. To be noted for the record that I was late sendin in my
grievance due to being denied free envelopes to send out legal
mail that was time sensitive from couselor page (Hotel module
case manager) because I had very little funds on my account
(Books) and wasn't considered indigenant, therefore having to
use my last couple of dollars for a pre-postage envelope
purchased off commissary instead of personal hygiene →

continued
—>26. products.

27. To be noted for the record 09-24-24 I had ordered a item and wasn't sent that item on commissary day, having them credit me back for that item, but there was times where other inmates would order a different Item (Iced shortbread cookies) and be sent mania cookies as a replacement costing lesser then the original Item purchased. I believe (commissary/Keefe) ms. B or who ever work in the warehouse packaging these bag acted with deliberate indifference and should be held accountable and answer to such allegations.

28. To be noted for the record on 09-24-24 several Inmates failed to get dosed their subutex (MAT) In the AM, therefore being brought down to dispensary after count some times around 6-6:15pm by officer ms. stires to get dosed and one being my cellmate Sean williams in which he noticed that nurse paula (In charge of dosing subutex) MAT had dosed him just a little out of his full dose, placing the rest of the full plastic baggy In a pink trash bagg up top the med cart and It was only then that he opened his mouth to show her how much she shorted him did she admit she made a Big Mistake realizing how much of the dose was still in the bag leaving the question as to how many others this happened to or as to why she insist on still using those bags as If shes deliberately shortening our dose for personal gain, a hidden addiction, or for financial gain.

BCCF1730
Southampton
Road
Doylestown
PA 18901

29. On 10-05-24 after 12 pm tablets were dispersed and when I attempted two calls I was told on the other end "No calls are allowed" therefore charging me 3.66 twice

Exhibit Ⓝ   V. Legal claims

N   Religious freedom is a constitutional right protected by the First Amendment, and fourteenth and by several federal statues.

On March 1. Kelly Reid violated my First Amendment and acted
20,2024     "Under color of State Law"

from 01-05-24 2. The prison nurses who Discriminated against me by singling
— current       me out by denying me MAT program @ first under false
                pretenses" acted "under color of State Law"

3. On around 03-26-24 - 03-28-24 The investigators of Bucks county correction / Facility violated my First Amendment by opening and interfering with two separate mails going out without any investigation or reason to, in which I found out later on within my discovery for a inhouse case.

4. I believe that when using the phones with an unsuccessful call while still being charged the full amount for a phone call that wasn't placed and told by the company "No calls are allowed @ this time" or you hang up before being told "your call wasn't answered Is possibly because they are day trading with those funds for a duration of 24 hours and therefore a violation of my First
BCCF#1730
South Easton Amendment.
Road Doylestown,
PA 18901

5. I believe I've been harrassed, discriminated and singled out due to these false accusations/Rumors going around In Bucks county
6        about me being a serial Rapist, when I was never accused or

changed and or ever convicted of such crimes may never will be and I sit currently housed on any of those charged but rather a VOP and Inmate In possession of contraband charge.

6. I feel as my procedural due process Right has been violated by the COS putting putting my life in harms way by marking me as a serial Rapist as well as treating me in a way much worse than is normal for a prisoner

7. My I believe my Fourth Amendment Right to searches was violated because my cell was searched repeatedly 4-5 times within 2 week time without them finding anything all while I was already on presumptive parole until on the fifth time was when there was contraband found and therefore got me a Street charge and stopped my presumptive parole.

8. prison official who made lewd sexual comments by calling me a serial rapist under false pretence may have violated the Eighth Amendment because the conduct caused Me (plaintiff) severe psychological harm and being labeled that (serial Rapist) increased my risk of abuse and assault.

9. I believe that ms.B commissary/keefe as well as the officers on shift has been acting with deliberate indifference by not addressing the problem with the vending machines charging us (inmates) without any merchandise in return when the machine displays "Network Anomaly and of refunding us @ all or in a reasonable time but yet still lets the issue occur till this very day.



10. I believe my "right of access to the courts", has been violated because I was late sending In my grievance about the phones and vending machine in the month of September because I was denied free envelopes by the case manager of Hotel module ms. page because I wasn't indigient therefore having to use my last money for a pre-postage envelope through commissary instead of hygiene, therefore possibly putting me @ risk of missing a deadline

11. I'm a pretrial detainee and believe that my privacy under the Fourth Amendment has been violated due to being harrassed and shooken down until they found contraband (suboxone strips/pills), therefore leaving me longer to fight those charges after I was granted presumptive parole before those searches took place.

12. I believe that Its a violation of our (inmates in community) privacy when officer Sharp sits in from a far to listen in on our AA/NA groups and chooses to speak on it to us after.

13. I feel as though It isn't right for the officer to take control over the remote so that he can watch sports when they come on, when the dayroom Is for our recreation and not for the officers.

$\rightarrow$ 14.

BCcF   Monica Mon 086221
1730 South Easton Road
Doylestown, P.A. 18901

8

14. I had brang It to the (providers) Molly Attention that Nurse paula seems to be shortening our dosages (inmates) MAT, as well as bagging them (dosages) in these clear - plastic little baggies in which some of our dose gets stuck wh the cracks/crevicks of the bags, in deliberence in a violation of my Eigth Amendment, as well as the (pA) provider Molly ignoring and obvious and serious danger. I had wrote to the Nurse supervisor @ several times with no response/reply back, as well as brought it to several other nurses including Nurse Asia (new) lightskin heavy set female, and she agreed that several nurses complained about using these clear baggies instead of the little white cups that are used for our meds or water and till this very day the issue is ignored and still occurs, and I feel as though it's a clear violation of my Eighth Amendments as well as several other inmates throughout the facility.

15. On 09-27-24 @ approximately 12:50 - 1:15 the officer I know as Hagg (very young rookie) recieved a call while I was sitting In wrapup meeting in the HOPE program, from Kelly Reid herself telling him to have me move to Bravo module In the middle of group/a week before I graduated that Following wednesday from this Friday of 09-27-24, due to reasons of her own, so I go get all my program books and hand them over to Jackie? (HOPE staff) so that she can hold and watch over IF I was to come back as I witnessed happen with people who went to Rehab from Hotel module. I go to pack my belongings and noticed that the Seargant

continued.
→ 15.  who I had wrote up before about acting reckless to another inmates over tablet and who supposedly oversees all tablet replacement and distribution to all blocks, had come to escort me off the block and mostly all the way to Bravo module. Not too long after arriving on Bravo module was my cell searched by two correctional officers one being male and the other a female who I dont have the names @ this time and was known to have found nothing but extra books my new colly In B-30, had In his possession. I believe Kelly Reid (Inmate services/superintendant Deputy warden) had acted "under color of state law" by violating my privacy, continueously harrassing me In violation of my Fourth Amendment Right.

16.  On saturday september 8, 2024 @ approximately 9:31Am on Bravo module officer J.Garlick and Nurse Chris (new MAT handler) — decided to wait until I left their sight and go upstirs from recieving my 24mg dose of Subutex (MAT) to talk about me being a supposedly serial Rapist like all the other officers or nurses do once Im far enough to where they think I cant hear them. In which them harrassing me, embarrassing me, causing me (plaintiff) severe psychological harm and increased my risk of abuse and assault in violation of the Eighth Amendment.

17.  On 09-28-24 from 6-2 shift officer gray (new inmate) was — assigned to work Bravo Module In which he deliberately chose to not let out any one for recreation including any block workers In which hes been doing on Hotel module every saturday that he works any block. This has become a routine and Is In violation of our constitutional right @least one hour of recreation with 24 hours.

BCCF 1730
South Easton
Road
Doylestown
PA 18901

18.  On 09-28-24 @ approximately 11:37AM officer gray (new rookie) denyed me from using the vending Machine after I just came back from lunch, after he chose to keep us locked In all morning without

18 continued any recreation, phones, or showers. Its been clear knowledge that when he Is on shift he chooses to lie to inmates stating that a code was called or there beeing insufficient officers on shift, to meet his own needs.

19. By any and all Nurses, correctional officers, or staff employed by BCCF, spreading Rumors / false accusations of me being a serial rapist clearly violated the universal Declaration of Human Rights of Articles 5. and Article 1. of cruel or degrading treatment or punishment. And discrimination to equal protection of the law, by them acting upon It.

20. By Kelly Reid interfereing with my correspondence In 2022 to my girlfriend Jessica L Hersing and putting me In the whole for 5 days on a class II In which doesn't hold any RHU Sanction was excessive punishment and a violation of the Universal Declaration of Human Rights of Article 12. In which States "No one shall be subjected to interference with his privacy, family, home, or correspondence.

21. Also all of those who's employed under BCCF and took part in passing around those rumors / false accusations amongst their co-workers, and other inmates clearly violated the Universal Declaration of Human Rights of Article 12. Nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

22. By the investigators of BCCF (Bucks County correctional Facility) opening up and interfereing with my correspondence to my Family without reason clearly violated the universal Declaration of Human Rights of Article 12. interference or correspondence. Everyone has the right to the protection of the law against such interference or attacks.

23. In 2022 after coming back from court officer Atelis and officer Keefe was working In Reception, when officer Atelis had attempted to be sarcastic about Plaintiff Rosario wearing two wedding bands and proceeded to ask him to remove one

## V. Legal claims

continued 23 of his wedding bands and put them In his property Held @ records even with a reciept In return but when my Mother Ida Rosano had come to pick up my property In Reception From records, my d25 wedding band was not placed In my property, therefore asking as to was It ever even placed In my personal property held @ records or Is someone stealing personal property out of peoples stuff held @ go Records? Being as though I wasn't the FIRST one to be missing property held @ Records In which violates the universal Declaration oF Human Rights of Article. 17.

(2) No one shall be arbitrarily deprived of his property.

24. All of the Defendants that has a star next to their name played a part In humiliating me by passing around False accusations and rumors, and those defendants that has 2 stars next to their name did it on a durly basis, making jokes of the situation @ hand amongst their co-workers and inmates and has caused me tremendous anxiety to where I had to go back on Phyc. meds, as well as pain suffering, embarrasment, emotional and mental stress, along with increasing the possibility of retaliation and a dangerous enviornment.

25. On 10-16-24 between the hours of 2:AM - 5AM some nurse had came on RHU to give out morning meds In which I was given 1 white small oval pill when I normally get a 15 mg boost bar In the Shape of a zanax bar and shortly after a female AFrican American houry set nurse had came to dose me aswell as give me my morning meds In which I told her that I was just given the wrong meds From the previous nurse not too long before you arrived and her reply was I don't Know how, who, or why because I have your meds here therefore medical malpractice!

Marcus Rosano 086221
BCCF 1730 S Easton Road
Doylestown, pa 18901

V. Legal Claims.

28. Defendant Kelly, Reid violated plaintiff Rosario's freedom to practice his religion and or participate in his religion causing his pain, suffering, and emotional distress

29. Defendant Katie Harvey violated plaintiff Rosario by - singleing him out and discriminating against him acting "undercolorstatelaw"

30. Defendant who hold the rank of a correctional officer mentioned In one of the Exibit within this suit violated plaintiff Rosario's Eighth Amendment by passing around false accusations and rumors of him being a serial Rapist by exposing him to an unreasonable risk of serious harm.

31. Defendant palumbo who held the rank of Hope staff - supervisor violated plaintiff Rosario's Eighth Amendment by exposing him to an unreasonable risk of serious harm when he chose to hold a class refering to a serial Rapist and directing his attention or vision to Plaintiff Rosario.

32. On 10-15-24 officer Foran decided to burn the whole top tier of recreation In the Am right after subs over one individual altercation and later wrote me up over tampering with lock due to the rep he knew me for as the "Serial Rapist" therefore discriminating and singleing me out over me compressing my door from sliding open, resulting In me recieving 30 days RHU with ten days suspended

BCCF 1730
South Easton
Road
Doylestown
PA 18901
Marcus Rosario

VI. Prayer for Relief

1. Wherefore, plaintiff respectfully pray that this court judgment:

2a. Granting plaintiff Rosario a declaration that the acts and — omissions described herein violate his right under the constitution and laws of the united states, and

30. A preliminary and permanent injunction ordering all defendants who took part in passing around false rumors/accusations to cease such action against plaintiff Rosario and jointly and severally.

31. Granting plaintiff Rosario compensatory damage in the amount your honor and the people deem fit. Plaintiff Rosario seeks damages from any defendants who aren't protected under immunity to pay punitive damages

32. Both plaintiffs seek nominal damages and punitive damages in the — amount your honor and the people see fit. plaintiff Rosario seeks these damages against each defendant, jointly and severally. plaintiff williams seek damages only against ms. B (commissary keeper) and warden Matelis for the issue with the phone and vending machines only.

33. plaintiff also seek a jury trial on all issues triable by jury.

34. Plaintiff also seek recovery of their costs in this suit, and

← 35. + Any additional relief this court deems just, proper, and equitable

Dated: september 27, 2024.

Respectfully submitted, Marcus Rosario

#086221

Bucks County Correctional Facility

1730 South Easton Road

Doylestown, PA 18901

Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct. Executed at Doylestown →

pennsylvania on september 27, 2024

Marcus Rosario.

35. On 10-05-04 supposedly the jail was Short Staff therefore leaving us locked In without any recreation, now to my knowledge I believe by law or by the jails policy we as inmate are allowed @ least 1 hour of recreation, phone, shower, in a maximum secure prison and I believe its a violation of our constitutional Rights therefore Im requesting an Injunction and punitive relief.

36. On 10-05-24 @ 12:07, and 12:23 I was Charged $4.00 twice for those calls that told me no call are allowed @ this time, leaving me having to wait until 9:00pm to be reimbursed some of those funds. Also on 10-06-24 @ 10:24 Am I was charged $4.00 when I was told "No calls are allowed @ this time" therefore deducting funds for no successfull phone call, leaving me to ask for an Injunction of the jail possibly "day trading" with those funds and punitive relief of me having to deal with that issue continues/ous throughout my time as a pre-trial detainee, without any resolution after several attempts of bringing it to staff and or Administrations attention.

37. Every time I was Sent to RHU I never received a phone call to my loved ones and on 10-18-24 before 12pm SRT (Search Restraint team) came to Search RHU and sent all of us to the Dog Cages (RHU yard) while they conducted their search and when I came back to my cell R18 all of my property was gone and after bringing It to sacrgeant Cruz and officer C. Nasife or C. Nafise my belongings was brought back to me legal mail, hygiene, and all except for my commissary that was opened and already searched of two full New bags of coffee and a bag of creamer In which I believe the RHU block worker hid and kept for himself as he proceeded to Clean RHU behind the SRT team.

Marcus
1730 South Easton Road
Doylestown, PA. 18901



To: U.S District Court, Eastern District of Pennsylvania
601 Market Street Room 2609
Philadelphia, PA 19106 - 1797

RECEIVED
OCT 24 2024

Legal Mail!


U.S.M.S
X-RAY

